UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIOGO R. ESTEVES and DANIELA E. ESTEVES,

    Plaintiffs,

-vs-                                          Case No. 6:13-cv-1881-ORL-28TBS

SUNTRUST BANKS, INC., SUNTRUST MORTGAGE, INC., and NATIONSTAR MORTGAGE,

    Defendants.
_____/

## ORDER

This case is before the Court on Plaintiffs' Objection to Removal and Motion to Remand (Doc. No. 21) filed January 29, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 24, 2014 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Objection to Removal and Motion to Remand (Doc. No. 21) is **DENIED**.

    3.    Plaintiffs' Motion to Stay (Doc. No. 29) is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _14_ day of March, 2014.

                                                                          _____
                                                                          JOHN ANTOON II
                                                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party