**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIOGO R. ESTEVES and DANIELA E. ESTEVES,**

        **Plaintiffs,**

**-vs-**                               **Case No. 6:13-cv-1881-ORL-28TBS**

**SUNTRUST BANKS, INC., SUNTRUST MORTGAGE, INC., and NATIONSTAR MORTGAGE,**

        **Defendants.**
_____/

# ORDER

This case is before the Court on Defendant Nationstar Mortgage, LLC's Motion to Dismiss Amended Complaint (Doc. No. 14) and Defendants SunTrust Banks, Inc. and Sun Trust Mortgage, Inc.'s Dispositive Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 15). The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 25, 2014 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Nationstar Mortgage, LLC's Motion to Dismiss Amended Complaint (Doc. No. 14) is **GRANTED**.

3. Defendants SunTrust Banks, Inc. and Sun Trust Mortgage, Inc.'s Dispositive Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 15) is **GRANTED**.

4. Plaintiffs' Amended Complaint (Doc. No. 2 ) is **DISMISSED** with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of May, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party